## GE A Plus Life Insurance Plan
As Amended June 20, 2011

## Section I.
## Benefits

A. The A Plus Life Insurance Plan consists of two options:

- A Plus Term Only (term life insurance), and
- A Plus GUL (a group universal life feature which includes life insurance plus a cash accumulation fund).

Active enrollees may elect a coverage amount of insurance under either option from one to ten times your normal straight-time annual earnings, expressed as a whole integer, whichever you elect. This amount will vary with changes in such earnings. However, if at the time of death prior to retirement, the amount of your life insurance is based on earnings which are lower than your highest normal straight-time annual earnings at any time during the five years preceding the date of death, then the highest normal straight-time annual earnings during such five-year period for which you were insured for life insurance will be used in determining the amount of your life insurance. Notwithstanding anything to the contrary in the foregoing, the maximum coverage level under the plan will be $10,000,000 per participant.

Employees participating in A Plus GUL must make a minimum monthly contribution (currently $10) to the cash accumulation fund and may also elect to make additional contributions of any amount you select, provided that the total of all premium to date, including the minimum and any additional contributions, is not greater than the maximum amount allowed by federal guidelines (Section 7702 of the Internal Revenue Code of 1986, as amended). You may change the contribution amount at any time. Your individual maximum amount will vary over time. For an individual estimate, you may contact the carrier. Lump sum deposits can be made at any time, subject to the maximum permitted by federal guidelines.

Money deposited into your cash fund earns interest at a rate guaranteed for one year by the carrier. Each January a new rate is set for money deposited that year. Deposits in prior years will then earn interest at old money rates to be determined by the carrier based on the actual earnings performance of the fund. Deposits into the fund are made with after tax dollars. The interest earned is generally tax deferred until withdrawal, and if paid as a death benefit, or you elect the paid-up option, your earnings are not subject to federal income tax. You may, at any time, use your cash accumulation fund to purchase paid-up insurance coverage provided the minimum coverage amount is $10,000.

Upon enrollment, if you choose to participate in A Plus GUL, you will receive from the carrier a group universal life insurance certificate and will be able to take your coverage with you in the event that your service with the Company terminates. In such event you may continue your coverage by remitting contributions directly to the carrier.

B. (As of April 1, 2008, this paragraph shall apply solely to participants who retired prior to such date.) Effective as of the first day of the calendar month in which your retirement begins, you may elect to continue your A Plus life insurance coverage on a reduced basis as described in Section IV B. You may elect to continue all, 75%, 50% or 25% of the amount of your life insurance. The amount of life insurance payable at your death will be subject to reductions as provided in Section IV B.

C. In the event of your death from any cause, the amount of your life insurance then in force will be payable to the beneficiary designated by you. If you contributed to the cash accumulation fund, your beneficiary will also receive on a federal income tax-free basis the cash accumulation amount and interest earned minus any loan amounts outstanding. You may change your beneficiary at any time. Any designation of beneficiary or any change of beneficiary should be made in a form acceptable to the carrier and must be filed with the records maintained by GE US Employee Services. Upon request, such office will furnish you with a copy of your designation of beneficiary.

Upon receipt of written notice of change of beneficiary by such office, the change shall relate back and take effect as of the date you signed such written notice, whether or not you are living at the time of such receipt, but without prejudice to the carrier on account of any payment made before receipt of such written notice. If at your death, there shall be more than one designated beneficiary, then, unless you shall have specified the respective interests of such beneficiaries, the interests of such beneficiaries shall be several and equal. If any designated beneficiary shall die before you, the rights and interests of such beneficiary shall thereupon automatically terminate. If at your death there is no beneficiary of record as to all or any part of A Plus Life Insurance benefits, then the amount of benefits payable for which there is no such beneficiary shall be payable to your estate, or the carrier may, at its option, pay such amount to any one or more of the following surviving relatives: spouse, mother, father or child, which payment shall completely discharge all liability with respect to the amount of benefits so paid.

Benefits will be paid in a lump sum or deposited into a control account with check writing privileges.

D. If you are terminally ill, with twelve months or less to live, you are eligible for a "Living Benefit" advance on the proceeds of your coverage in an amount up to 50% of your life insurance, up to a maximum of $250,000 provided you present evidence of your terminal illness satisfactory to the carrier.

### Section II.
### Your Contributions for Coverage

#### A. General

Contributions are determined on an annual basis, and are subject to change by the carrier each year effective on January 1st. Contributions will be made by means of payroll deductions from regular payments of compensation by the Company to you.

As you reach a higher age bracket, your contribution will increase as of January 1 of the year in which your age changes; provided, however if you retire prior to April 1,

2008 and have not attained age 65, your contributions and benefits will change as of the first of the month following your 65th, 70th and 75th birthday, not as of January 1.

The cost of coverage is borne entirely by participating employees, except that the Company will pay the cost of the administrative work it performs.

### B. Other Provisions Concerning for A Plus GUL

Your contributions for life insurance will be subject to the provisions as stated in Section II.

You can choose separate payroll deductions for excess contributions to your cash accumulation fund and/or make lump sum deposits at any time up to the maximum permitted by federal guidelines. At any time you may terminate your payroll deductions and have your cost of insurance premiums paid from the cash accumulation fund for as long as there are sufficient funds.

Your minimum contribution to the cash fund will be $10.00 per month. An administrative fee of $1.00 per month will be deducted from your cash accumulation fund. In addition, a state premium tax of 2 percent will be deducted from all contributions at the time they are deposited to the fund.

If you leave (effective on and after April 1, 2008, leave involuntarily) the service of the Company you may take your coverage with you. In such event your monthly administrative cost will be $3.00. Your portable rate will be subject to change on an annual basis. The current rates are 25 percent higher than those for active participants. Premiums would be paid directly to the carrier. If you elect to increase the amount of your coverage, evidence of your insurability will be required. If you enroll for the cash accumulation fund and discontinue contributions, your insurance coverage will stay in effect as long as there is enough money in the cash fund to pay for the cost of insurance premium plus expenses.  If you voluntarily leave the service of the Company after April 1, 2008, the carrier will provide you with a schedule of administrative fees and premium rates if you elect to continue coverage.

### Section III.
### General Provisions

### A. Eligibility

All employees as defined in Section IX are eligible to participate in the Plan, except (a) employees hired on a temporary basis, (b) individuals on retainer, and (c) other special classes of employees as prescribed by the rules of the Company from time to time.

### B. How to Enroll

1. To enroll for A Plus Life Insurance, you need only complete and submit the proper enrollment form (including electronically) within 63 days of the date you first become eligible for coverage [except as provided in subsection (2) below] or within 63 days of the date of your marriage for coverage levels of up to three times your normal

straight-time annual earnings. Coverage over the three times pay level will require evidence of your insurability. Your coverage will become effective on the first day of the next payroll period, provided that you are actively at work or on paid vacation as of such date, otherwise upon your return to active employment.

2. If your enrollment request (a) is not submitted within the applicable period of eligibility, as specified above, or (b) you elect when initially eligible a coverage level over three times your normal straight-time annual earnings, or later decide to enroll for a higher amount of insurance, the carrier may require you to submit medical evidence of insurability satisfactory to it before you can become insured under this Plan or have your insurance increased. Any medical examination will be at your own expense. Coverage, or increased coverage, if applicable, in such cases will become effective upon acceptance by the carrier of evidence of your insurability, provided that you are actively at work or on paid vacation as of such date, otherwise upon the date of your return to active employment.

3. If you are enrolled in A Plus Term Only you can switch to A Plus GUL provided that medical evidence of insurability is provided. If you are enrolled in A Plus GUL you can surrender your cash accumulation fund at any time and switch to A Plus Term Only without medical evidence of insurability by completing the Surrender Form.

4. <u>Enrollment Safety Net</u>:  Effective January 1, 2001, if you are rehired within five years of the date you last worked for the Company, and you do not make an enrollment election during the 63-day enrollment period, you will be automatically re-enrolled in the Plan consistent with your previous election or the nearest equivalent if your previous election is no longer available.

## C. When Your Coverage Changes

In the event of a change in your normal straight-time annual earnings while you are actively at work or on paid vacation, the insurance portion of A Plus Life Insurance will be increased or decreased, as required, effective as of the date of such change, otherwise upon the date of your return to active employment. You may also increase or decrease the multiple of your life coverage provided you meet the requirements as specified in Section III B and coverage amount in the cash fund portion at any time, providing the cash fund amount does not exceed federal guidelines. Premiums for increased coverage amounts will be calculated according to your age as of the year of the increase and added to your monthly premium payment.

## D. Loans and Withdrawals

You may secure a loan at any time from your cash accumulation fund provided you do not have more than one loan in effect at any time nor more than one loan per year. The minimum amount for each loan is $200. The maximum amount is the total amount of your cash accumulation fund less two months of cost of insurance premiums, $2 and loan interest to the end of the calendar year. There are no restrictions concerning time limit for repayment of loans nor any obligation to repay a loan. If you wish to repay, however, the minimum payment amount will be $100 or the balance due. Loan repayment is made directly to the carrier. Interest shall continue to be credited on the

outstanding amount; however, the interest credited shall be 1.5 percent less than the interest charged for the loan. If a loan amount is outstanding at the time of death, that amount shall be subtracted from the death benefit paid. You may withdraw money from your cash accumulation fund no more than two times a year. The maximum partial withdrawal is equal to the amount in your accumulation fund minus a small balance, which is approximately two months' cost of insurance premium costs plus $2.00. You may later deposit contributions if you choose to do so or withdraw all money in your cash accumulation fund at any time and take the full cash value. In such event your group universal life certificate will no longer be valid and your A Plus GUL coverage shall cease. At that time you may revert to term insurance under A Plus Term Only. The minimum withdrawal amount for each withdrawal is $200. There is no obligation to redeposit the amount withdrawn to the account; however, if you choose to do so you may pay back the amount at any time through increased payroll deductions or lump sum deposits.

Withdrawals up to the amount of your contributions, including life insurance costs, expenses, and deposits to the cash fund generally are not taxable; however, if the amount you withdraw exceeds your total contributions (cost of premium, deposits into the cash accumulation fund, and Plan expenses), the excess becomes taxable when withdrawn.

### E. Your Coverage in Case of Disability or Pregnancy Absence

If you become totally disabled or if you cease work because of pregnancy on or after the date on which your coverage under this Plan becomes effective, your A Plus Life Insurance will remain in force, without payment of contributions, during a period of total disability or pregnancy absence of one week or more, up to a maximum period of one year (18 months in the case of occupational disabilities) but only as long as your continuity of service with the Company is maintained, as determined by the rules and from the records of the Company subject to periodic proof of continuance of such disability.

At the end of the maximum period referred to in the paragraph above, or the termination of your continuity of service, whichever is earlier, all the insurance provided by this Plan will cease, except as provided in this paragraph. If before age 60 and while insured under the Plan, you had become totally disabled which, for the purposes of this paragraph only, means total disability as a result of bodily injury or disease so as to be wholly prevented thereby from engaging in any and every business or occupation and from performing any work for compensation or profit, your A Plus Life Insurance protection will be continued for the full amount until the end of the month in which you reach age 65 or until you retire, whichever comes first, provided you furnish proof satisfactory to the carrier of the continuance of such total disability at least once each year. No contributions for the cost of life insurance premiums for A Plus Life Insurance protection will be required during the period of total disability to the end of the month in which you reach age 65. For provisions applicable to continuation of such life insurance coverage on a contributory basis after the end of the month in which you reach age 65, refer to Section IV B. Effective April 1, 2008, the foregoing sentence shall apply only to participants who became totally disabled before such date. For participants who

become totally disabled on or after such date who are enrolled in A Plus Term Only, coverage will end at age 65 or retirement, whichever comes first. For participants enrolled in A Plus GUL, coverage may continue after age 65 or upon retirement at 60% of the coverage in force prior to the end of the month in which the participant attained age 65 with payment of required contributions.

### F. Your Coverage in Case of Layoff or Leave of Absence

If you should be laid off or if you are granted a leave of absence, including leave for military duty under the Uniformed Services Employment and Reemployment Rights Act of 1994, (P.L. 103-353) or leave under the Family and Medical Leave Act of 1993 (P.L. 103-3), your coverage under this Plan may be continued by your payment of regular contributions, monthly in advance, but only as long as your continuity of service is maintained as determined by the rules and from the records of the Company. At the employee's option, premiums or contributions for such employees will be billed monthly in advance if the aggregate premium or contribution amount for certain plans sponsored by the Company in which such employee continues participation exceeds $20 per month, quarterly in advance if the aggregate amount for all plans is $5 to $20 per month and annually in advance if the aggregate amount for all plans is less than $5 per month.

### G. Termination of Employment

If your employment with the Company is terminated or continuity of service is lost for any reason, as determined by the rules and from the records of the Company, your coverage will terminate as of that date except as indicated in Section IV. However, you may continue your coverage under A Plus GUL as described in Section II.B and A Plus Term Only as described in Section VI.

### Section IV.
### Continuation of Coverage After Retirement or for Certain Long-Service Employees Whose Service Is Terminated

### A. A Plus Term Only

If you leave the service of the Company before the first of the month following your 65th birthday, your coverage under the A Plus Term Only ends except as provided in Section III E.

### B. A Plus GUL

If you leave the service of the Company as a result of an event described below, your coverage under A Plus GUL will be continued at 60% of your active coverage amount, provided you pay any required contributions monthly in advance unless such contributions are waived as described in Section III E:
1. You leave the service of the Company after you attain age 60; or

6

2. You retire from the Company on a disability pension under the GE Pension Plan; or

3. You leave on a retirement allowance granted by the Company; or

4. At the end of the calendar year in which your service with the Company terminated because of a plant closing, you were age 50 or older and had, or would have had, 25 or more years of continuous service; or

5. You were between age 55 and age 60 with 25 or more years of continuous service, were directly affected by work transfer/automation/discontinuance of a discrete, unreplaced product line and your service with the Company terminated on or before June 30, 1991 and you elected Special Continued Termination Pay; or

6. You retire from the Company under the Special Early Retirement Option or the GE Pension Plan during the period beginning July 1, 1991 and ending July 1, 2015; or

7. You are designated as eligible for such continuation as prescribed by the rules of the Company from time to time; or

8. You retired from the Company under the Window Feature or the Replacement Feature of the Special Early Retirement Option of the GE Pension Plan on or before November 1, 1991; November 1, 1994; November 1, 1997; November 1, 2000; November 1, 2003; November 1, 2005; November 1, 2007; or November 1, 2009; or November 1, 2011; or

9. You were an employee and you

(a)   (i)  were age 50 or older and had or would have had 25 or more years of Pension Qualification Service at the end of the calendar year in which your service with the Company terminated, or (ii) for the time periods described in subsection (c)(ii) through (vi) below, had 30 or more years of Pension Qualification Service at the end of the calendar year in which your service with the Company terminated; and

(b)   are directly impacted by a "Plant Closing" and

(c)   commence benefits under the Plant Closing Pension Option during the period
        (i)    beginning July 1, 1991 and ending July 1, 1994;
        (ii)   beginning July 1, 1994 and ending July 1, 1997;
        (iii)  beginning July 1, 1997 and ending July 1, 2000;
        (iv)   beginning July 1, 2000 and ending July 1, 2003;
        (v)    beginning July 1, 2003 and ending July 1, 2007; or
        (vi)   beginning July 1, 2007 and ending July 1, 2011; or
        (vii)  beginning July 1, 2011 and ending July 1, 2015; or

10. You have 25 or more years of continuous service and your service with the Company terminated on or after June 27, 1988, or you have 25 or more years of Pension Qualification Service and your service with the Company terminated on or after July 1, 1991, and, in either case, your service terminated because (i) a plant closing or (ii) transfer to a successor employer or (iii) after one year on layoff with protected service.

Effective as of the first day of the calendar month following your 65th birthday, if you are participating in the A Plus GUL, you may also use your cash accumulation fund to purchase paid-up insurance, as defined in Section IX, subject to minimum coverage as indicated in Section I A. If you purchase the paid-up insurance, it will continue for life with no further premium payment. You may alternatively elect to withdraw the full cash

value and surrender your A Plus GUL life insurance policy, which will cancel your coverage.

If your A Plus GUL coverage was continued because of a plant closing as provided in this Section and you are reemployed by the Company, your coverage will be determined as provided in Section I A. However, in no event will your coverage be less than the amount in force on the day preceding the day you return to active employment. In the event your service is terminated subsequent to your reemployment because of layoff or illness before you attain age 65, in no event will the amount of your insurance until age 65 be less than the amount in force in the day preceding the day you returned to active work.

Your election to continue your A Plus GUL must be made within 31 days of the date you become eligible to make such election.

## C. Your Coverage after the Month in Which You Reach Age 65 or after Your Later Retirement (for Events Occurring Prior to April 1, 2008)

The terms of this section apply only to participants who left the service of the Company as a result of one of the events described in Section IV A prior to April 1, 2008.

If your A Plus Life Insurance was continued (1) until the end of the month in which you reach age 65 as provided in Section IV A, or (2) as provided in Sections I A, I B or III E, you may elect as of the end of the month in which you reach age 65 or the date of your retirement, if later, to have all, 75%, 50%, 25%, or none of the amount of your life insurance under A Plus Life Insurance (i.e., in force at the end of the month in which you reach age 65); provided, however, your benefits will change as of the first of the month following your 65th, 70th and 75th birthday as shown in the table below. Your contributions will also change as of the first of the month following your 65th, 70th and 75th birthday. The life insurance amount payable at your death will be the applicable percentage of the amount you elected, based upon your age at death, as shown in the following table:

| Age | Amount |
|---|---|
| 65 - 69 | 75% |
| 70 - 74 | 50 |
| 75 and older | 30 |

If you contributed to the cash accumulation fund, the amount payable at your death also includes the cash build-up and interest earnings on that amount minus any loan amounts outstanding.

At retirement or termination for whatever reason, you may continue to contribute to the cash accumulation fund by remitting contributions directly to the carrier (or through

pension payroll deduction for retirees) or you may buy a paid-up life insurance policy with the cash accumulation portion or receive the cash build-up amount.

### Section V.
### Claims for Benefits

The carrier solely is responsible for providing A Plus Life benefits under this Plan. Benefits are payable upon proof of claim which should be filed promptly through your personnel accounting or employee relations office on the form which may be obtained from that office.

The carrier will solely make all determinations with respect to eligibility and benefits under this Plan and such determinations shall be final and binding. Accordingly, the management and control of the operation and administration of claim procedures under the Plan, including the discretionary authority to interpret terms, review and payment or denial of claims and the provision of full and fair review of claim denial pursuant to Section 503 of the Act, shall be vested exclusively in the carrier.

### Section VI.
### Conversion Privilege or Portablility

### A. A Plus GUL

If you have A Plus GUL coverage, you may take your coverage with you as described in Section II B, and you will be billed for premiums monthly by the carrier.

### B. A Plus Term Only

If you have A Plus Term Only coverage, upon termination of your service with the Company or change to an ineligible classification, you may arrange with the carrier to continue your insurance under an individual policy without medical examination, if you make written application within 31 days after your insurance under A Plus Life Insurance ceases. The individual life insurance policy will be issued upon any one of the forms of policy then customarily issued by the carrier (except term insurance, and except policies containing provisions for disability or accidental death benefits), at the rate applicable to your class of risk and age at that time. However, at your option such individual policy may be preceded by single premium term insurance for a period of one year. The amount of such individual policy will be equal to (or at your option less than) the amount of your A Plus Term Only in effect upon the date of your termination of service. Such individual policy will be effective at the end of the 31-day period, but if you should die during this period, the amount of your A Plus Term Only coverage under the Plan will be payable to your beneficiary. If your coverage has been continued because of total disability, the Life Insurance conversion privilege described above will be available to you on the date you cease to be so totally disabled or if you retire, provided you are no longer eligible for coverage at such time.

If an individual policy of life insurance has been issued pursuant to the foregoing paragraph, payment of any life insurance under A Plus Life Insurance under this Plan

will be made only if such individual policy is surrendered to the carrier without claim. In such case, any premiums paid on such individual policy shall be refunded by the carrier.

## Section VII.
## Amendment or Termination

This Plan may be amended, suspended, or terminated by the Board of Directors of the Company, in whole or in part, at any time without limitation, except as may be otherwise provided in collective bargaining agreements and except further that no such amendment, suspension, or termination shall adversely affect any claim arising prior to the effective date of such amendment, suspension or termination.

## Section VIII.
## Administration

For purposes of the Act, General Electric Company shall be the Administrator of the Plan.

Any Named Fiduciary and any fiduciary designated by a Named Fiduciary may use, employ, discharge or consult with one or more individuals, corporations or other entities with respect to advice regarding any responsibility, obligation or duty of such fiduciary in connection with the Plan. Named Fiduciaries with respect to this Plan may allocate fiduciary responsibilities among themselves by written instrument signed in the same manner as provided for delegations in the next succeeding paragraph, and a written record shall be kept thereof.

Any Named Fiduciary may designate other individuals, corporations or other entities, who are not Named Fiduciaries, to carry out such Named Fiduciary's responsibilities, obligations and duties with respect to the Plan. Such delegations may be revoked or modified at any time and any such delegation, revocation or modification shall be made by written instruments signed by the Named Fiduciary, if an individual, or, in the case of other entities who are Named Fiduciaries, in accordance with the procedures governing the functions of such entity, and a written record shall be kept thereof.

Any individual, corporation or other entity may serve in more than one fiduciary capacity with respect to the Plan.

No liability shall attach to or be incurred by the stockholders, officers, directors or employees of the Company, in whatever capacity, under or by reason of the terms, conditions or agreements contained in the Plan or any law, rule or regulation, or for acts or decisions taken or omitted by any of them thereunder. The fiduciary responsibilities of the Named Fiduciaries shall be exercisable severally and not jointly, and each Named Fiduciary's powers, duties, obligations and responsibilities shall be limited to those specifically allocated to such fiduciary by or in accordance with the terms of the Plan. In the event of any delegation in accordance with the Plan, no fiduciary shall be liable for any act or action, whether of commission or omission, taken by the person to whom the delegation is made. The provisions of this section shall be subject to the mandatory requirements of the Act.

**Section IX.**
**Definitions**

1. "Company"

The term "Company" means General Electric Company and any affiliate.

2. "Affiliate"

The term "affiliate" means Electric Mutual Liability Insurance Company (and its affiliates) and any corporation or business entity owned in whole or in part, directly or indirectly, by General Electric Company.

3. "Employee"

The term "employee" means (a) any employee of General Electric Company or of any affiliate if such affiliate elects to participate in this Plan with respect to all or any portion of its employees and if its participation is accepted by the Chief Executive Officer of General Electric Company or by such person or persons as he may designate, and (b) any employee of any affiliate who is designated for participation in this Plan, with approval of the carrier, by the Chief Executive Officer of General Electric Company or by such person or persons he may appoint. Notwithstanding any provision of the Plan to the contrary, the term "Employee" shall not include for any purpose of the Plan any independent contractor, leased employee or any other such individual performing services for the Company, regardless of whether or in whatever manner the Company provides for such person's remuneration.

4. "Carrier"

The term "carrier" means General Electric Company or, when so designated by the Company, insurance companies or other claims payers.

5. "Normal Straight-Time Annual Earnings"

Except as hereinafter provided in this paragraph, the term "normal straight-time annual earnings" means the amount which an exempt salaried employee is earning as salary from the Company at the applicable time or was earning when last actively at work for the company, extended to an annual basis.

To such extent as the Pension Board may provide, the term "normal straight-time annual earnings" may include night shift bonus, commissions, other variable compensation and any special or supplemental payments, provided, however, that "normal straight-time annual earnings" shall not include payments for overtime (straight-time and premium). Where any inclusions in "normal straight-time annual earnings" are paid at times less frequent than a salaried employee's regular payroll periods, the Pension Board may determine the compensation to be used.

In accordance with the foregoing definition, an employee's normal straight-time annual earnings shall be determined as follows:

(a) For employees paid weekly: 52-1/6 times the employee's regular weekly salary.

(b) For employees paid semi-monthly: 24 times the employee's regular semi-monthly salary.

(c) For employees paid monthly: 12 times the employee's regular monthly salary.

(d) In other cases, in accordance with the Company's normal practices, consistent with the above.

The Company's determination of an employee's normal straight-time annual earnings in accordance with the foregoing shall be final and conclusive and binding upon any person having any interest in this Plan.

6. "Rules of the Company" or "Company Practices"

Where reference is made in this Plan to "rules of the Company" or "Company practices," such rules or practices shall be those in general effect in the Company and in the case of an employee covered by a collective bargaining agreement shall conform to any applicable provision of such agreement.

7. "Named Fiduciary"

The term "Named Fiduciary" means any fiduciary with respect to the Plan who is either named in the Plan or who is appointed by the Company in writing.

8. "Fiduciary"

"Fiduciary" shall have the same meaning the term fiduciary has in the Act.

9. "Act"

The term "Act" means the Employee Retirement Income Security Act of 1974, as amended from time to time.

10. "Plant Closing" or "To Close a Plant"

The terms "plant closing" and "to close a plant" mean the announcement and carrying out of a plan to terminate and discontinue all Company operations at any plant, service shop or other facility.*

Such terms do not refer to the termination and discontinuance of only part of the Company's operations at any plant, service shop or other facility nor to the termination or discontinuance of all of its former operations coupled with the announced intention to commence there either larger or smaller other operations. Any employees released by such latter changes will be considered as out for lack of work and will be subject to provisions applicable to those on layoff.

Also, such terms do not refer to the transfer or sale of such operations to a successor employer who offers continued employment to Company employees. Company employees who are not offered continued employment by the Company or by the successor employer will be considered as out for lack of work and will be subject to provisions applicable to those on layoff.

* For employees covered by collective bargaining agreement, the term "plant closing" includes termination or discontinuance of all those Company operations which would result in the termination of all employees represented by the union at that location when those employees do not have displacement rights.

11. "Special Continued Termination Pay"

The term "Special Continued Termination Pay" means the Special Continued Termination Pay provision applicable to an employee under the GE Layoff Benefit Plan for Exempt Salaried Employees.

12. "Permanent Job Loss Event"

The term "Permanent Job Loss Event" means when an employee is in a specific job classification that is directly adversely affected by a Company decision to close a plant; to transfer work; to discontinue a discrete, unreplaced product line; to introduce an automated manufacturing or office machine; to introduce a robot or to implement a reduction in force of indefinite duration.

13. "Protected Service"

The term "protected service" means a period of time during which an employee's continuity of service is being maintained as determined by the Company's Continuity of Service Rules.

14. "Paid-Up Insurance"

The term "paid up insurance" means the amount of the death benefit that can be purchased under the certificate using the cash value of A Plus GUL, minus any outstanding loans and loan interest, as a gross single premium with no further premiums to pay. A paid-up policy has cash surrender value while you are alive.

*G:\2011 PLANS FINAL\BoD FINALS \APLIP11F.DOCX*